Abran E. Vigil
Nevada Bar No. 7548
Holly Ann Priest
Nevada Bar No. 13226
BALLARD SPAHR LLP
100 North City Parkway, Suite 1750
Las Vegas, Nevada 89106
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
vigila@ballardspahr.com
priesth@ballardspahr.com

*Attorneys for Plaintiff*
*JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> WILDCREEK GARDEN CONDOMINIUMS ASSOCIATION <br><br> Defendant, | Case No. 2:16-cv-0178-GMN-CWH <br><br> **STIPULATION AND ORDER QUIETING TITLE** |

Plaintiff JPMorgan Chase Bank N.A. ("Chase"), by and through its counsel of record, Ballard Spahr, LLP, and Defendant Wildcreek Garden Condominiums Association ("Wildcreek"), by and through its counsel of record, Walsh, Baker & Rosevear, stipulate and agree as follows:

1. On or about September 20, 2005, a deed of trust securing a loan in the amount of $97,600.00 was recorded in the Official Records of Washoe County as Document Number 3279818 (the "Deed of Trust") against that certain real property commonly described as 3916 Clear Acre Lane, Unit 71, Reno, Nevada, 89502, (APN 026-052-04) (the "Property") and more specifically described as:

> UNIT 71 IN BLOCK A OF WILDCREEK GARDEN CONDOMINIUMS, A CONDOMINIUM, ACCORDING TO THE MAP THEREOF FILED IN THE OFFICE OF THE COUNTY RECORDER OF WASHOE COUNTY, STATE OF NEVADA, ON DECEMBER 31, 1981, AS DOCUMENT NO. 775164, AND BEING TRACT MAP NO. 2030, AND CERTIFICATE OF

AMENDMENT, RECORDED JULY 8, 1983, IN BOOK 1888, PAGE 870, DOCUMENT NO. 865506, OFFICIAL RECORDS.

TOGETHER WITH AN UNDIVIDED 1/312TH INTEREST IN AND TO ALL OF THE COMMON AREA, AS SHOWN ON SAID MAP.

2. On or about August 4, 2011 a Notice of Delinquent Assessment ("Wildcreek Notice of Assessment") was recorded under the direction of Wildcreek as Document Number 4028601 in the Official Records of Washoe County.

3. On or about September 13, 2011, a Notice of Default and Election to Sell Under Homeowners Association Lien ("Wildcreek Notice of Default") was recorded under the direction of Wildcreek as Document Number 4040172 in the Official Records of Washoe County.

4. On or about November 17, 2011, Mortgage Electronic Registration Systems, Inc. (as beneficiary in a nominee capacity for the original lender, Bell Home Loans, Inc.), recorded as Document Number 4059556 in the Official Records of Washoe County an assignment of the Deed of Trust to Chase, with Chase acting as loan servicer for the Federal Home Loan Mortgage Corporation ("FHLMC").

5. On or about January 30, 2012, Wildcreek caused the Property to be sold (the "HOA Foreclosure Sale"), and a Foreclosure Deed Upon Sale recorded on February 9, 2012, as Document Number 4083120 in the Official Records of Washoe County (the "Wildcreek Deed") recites that Wildcreek purchased the Property at the HOA Foreclosure Sale with an amount paid of $2,788.09.

6. On or about March 10, 2014, an Assignment of Deed of Trust was recorded as Document Number 4333120 in the Official Records of Washoe County reflecting an assignment of the Deed of Trust from Chase to FHLMC.

7. According to the Trustee's Deed Upon Sale recorded as Document Number 4335212 in the Official Records of Washoe County on March 17, 2014, Cooper Castle Law Firm, LLP, as duly appointed trustee under the Deed of Trust, caused the Property to be sold in foreclosure of the Deed of Trust, at which sale (the

1  "DOT Foreclosure Sale") FHLMC was the purchaser of the Property, with an amount paid of $35,183.59.

8. Wildcreek agrees to a rescission of the Wildcreek Deed attached hereto as "Exhibit A," and requests a court order declaring that the Wildcreek Deed is void and of no further force and effect.

9. Wildcreek hereby disclaims all right, title, or interest in the Property as a result of the HOA Foreclosure Sale and the Wildcreek Deed, and consents to the quieting and vesting of title to the Property in FHLMC as the purchaser of the Property at the DOT Foreclosure Sale.

10. This lawsuit shall be dismissed, with prejudice, with each party to bear its own attorney's fees and costs that were incurred in connection therewith.

Dated: August 30, 2016

| BALLARD SPAHR LLP | WALSH, BAKER & ROSEVEAR |
|---|---|
| By: _/s/_<br>Abran E. Vigil<br>Nevada Bar No. 7548<br>Holly Ann Priest<br>Nevada Bar No. 13226<br>100 N. City Parkway, Suite 1750<br>Las Vegas, Nevada 89106<br>*Attorneys for Plaintiff JPMorgan Chase Bank, N.A.* | By: _/s/_<br>James Walsh<br>Nevada Bar No. 796<br>9468 Double R Blvd., Suite A<br>Reno, Nevada 89521<br>*Attorney for Defendant Wildcreek Garden Condominiums Association* |

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: September 7, 2016

"EXHIBIT A"

BALLARD SPAHR LLP
100 NORTH CITY PARKWAY, SUITE 1750
LAS VEGAS, NEVADA 89106
(702) 471-7000 FAX (702) 471-7070

APN # 026-052-04

When recorded, return to:
JPMorgan Chase Bank, N.A.
3415 Vision Drive
Columbus, OH 43219-6009

# RESCISSION OF FORECLOSURE DEED

THE UNDERSIGNED HEREBY DECLARES:

1. On August 4, 2011, Wildcreek Garden Condominiums Association ("Undersigned"), through its Authorized Agent, caused a Notice of Delinquent Assessment ("Lien") to be recorded as Document No. 4028601 in the official records of Washoe County, Nevada, pursuant to the Declaration of Covenants, Conditions, and Restrictions of the Undersigned recorded on July 13, 1983, in Book No. 1890, Page 695 as Document No. 866394 in the Official Records of Washoe County Nevada, and any subsequent modifications or amendments thereto.

2. On or about January 30, 2012, the Undersigned, through its Authorized Agent, foreclosed upon the Lien and caused a Foreclosure Deed Upon Sale to be recorded on February 9, 2012, as Document No. 4083120 in the official records of Washoe County, Nevada (the "Foreclosure Deed"). A copy of the Foreclosure Deed is attached hereto as Exhibit A.

3. The Undersigned hereby cancels and rescinds the Foreclosure Deed to the same extent and effect as if the Foreclosure Deed had never been issued and recorded. The express purpose of this rescission is to return the priority and existence of all title and lienholders to the status quo-ante as existed prior to the foreclosure sale and the execution of the Foreclosure Deed.

4. The Undersigned did not accept delivery of the Foreclosure Deed and rejects the Foreclosure Deed.

5. The Undersigned hereby recognizes and reaffirms that through this rescission, the following Deed of Trust would have retained its previous lien position upon said real property:

<u>Dated</u>: September 20, 2005
<u>Grantor</u>: Dominic S. Grossi, a married man as his sole and separate property
<u>Original Trustee</u>: First American Title Company of Nevada
<u>Original Beneficiary</u>: Bell Home Loans, Inc.
<u>Recorded</u>: September 20, 2005, Document No. 3279818 in the Official Records of Washoe County, Nevada

Dated: 8/25/16

Wildcreek Garden Condominiums Association

By: Kevin Sigstad

Its: President

STATE OF Nevada )
                ) ss.
COUNTY OF Washoe )

This instrument was acknowledged before me on the 25 day of August, 2016, by Kevin Sigstad, as the authorized representative of Wildcreek Garden Condominiums Association.

_____
Notary Public

My Commission Expires on: 12-17-18



RAMONA M. GOMEZ
Notary Public - State of Nevada
Appointment Recorded in Washoe County
No: 07-2332-2 - Expires December 17, 2018